UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-21878-UU

WINDY LUCIUS,

    Plaintiff,

v.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

    Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice her civil action against Defendant FAMILY DOLLAR STORES OF FLORIDA, LLC.

Dated: June 17, 2020                              Respectfully submitted,

                                                          */s/ J. Courtney Cunningham*
                                                          J. Courtney Cunningham, Esq.
                                                          J. COURTNEY CUNNINGHAM, PLLC
                                                          FBN: 628166
                                                          8950 SW 74th Court, Suite 2201
                                                          Miami, FL 33156
                                                          T:  305-351-2014
                                                          cc@cunninghampllc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                                          */s/ J. Courtney Cunningham*
                                                          J. Courtney Cunningham, Esq.