UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21878-UU

WINDY LUCIUS,

    Plaintiff,

v.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice. D.E. 8. The Court having reviewed the pertinent portions of the record and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), all claims that were or could have been raised in this action are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs related to this action. It further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this _18th_ day of June, 2020.

_(signature)_
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record